WILLIAM RAMSDILL & others *vs.* MARY WENTWORTH &
others.

When children, for whom their father has omitted to provide in his will, claim their share
in his estate under the Gen. Sts. *c.* 92, § 25, the burden of proof is on those who oppose
the claim to show that the omission was intentional.

PETITION to this court for partition of the real estate of Wil-
liam Ramsdill, deceased.   At the trial, before *Colt*, J., the jury
returned a verdict for the petitioners, and the respondents alleged
exceptions.   The facts are stated in the opinion.

*T. Weston, Jr., & C. Abbott*, for the respondents.

*B. Dean & T. Dean*, for the petitioners.

CHAPMAN, C. J.   The petitioners are children of William
Ramsdill, deceased, who made his will, by which he devised all
his property to his wife, without naming his children or intimat-
ing that his omission to provide for them was intentional.   The
provision of the Gen. Sts. *c.* 92, § 25, is that " when a testator
omits to provide for any of his children, or for the issue of a de-
ceased child, they shall take the same share of his estate, both
real and personal, that they would have been entitled to if he
had died intestate, unless they shall have been provided for by
the testator in his lifetime, or unless it appears that such omis-
sion was intentional, and not occasioned by accident or mistake."

The respondents asked the court to rule that the petitioners must produce the will, and show that the omission to provide for the children was occasioned by accident or mistake, and was not in tentional. He declined to make this ruling, and they excepted.

We think that the refusal was correct; for the language of the statute, "unless it appears," implies that the burden of proof is upon those who would make the intention appear. Unless the intention is made to appear, it is not to be presumed. It may appear from any language of the will which states or implies it; or if there is no such language in the will, it may be proved by any appropriate evidence. *Wilson* v. *Fosket*, 6 Met. 400. *Converse* v. *Wales*, 4 Allen, 512. But unless there is evidence of its existence, it will not appear.                *Exceptions overruled.*